**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**SHANE A. ELROD,**<br><br>**Defendant.** | **PO 26-05070-M-KLD**<br><br>**ORDER** |

Before the Court is the motion of the United States to dismiss this matter. For good cause shown, the motion is granted.

IT IS HEREBY ORDERED that this motion to dismiss is GRANTED. This matter is dismissed with prejudice.

DATED this 23rd day of September, 2026.

Kathleen L DeSoto

KATHLEEN L. DESOTO
United States Magistrate Judge